UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A<small>NN</small> K<small>LINK</small>,

        Plaintiff,

v.

C<small>OMMISSIONER OF</small> S<small>OCIAL</small> S<small>ECURITY</small>,

        Defendant.
_____/

Case No.  12-15172

S<small>ENIOR</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>
A<small>RTHUR</small> J. T<small>ARNOW</small>

M<small>AGISTRATE</small> J<small>UDGE</small> L<small>AURIE</small> J. M<small>ICHELSON</small>

## ORDER ADOPTING REPORT AND RECOMMENDATION [13] AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [12] AND GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [8] AND REMANDING FOR FURTHER PROCEEDINGS

On February 18, 2014, Magistrate Judge Michaelson issued a Report and Recommendation [13] that Defendant Commissioner of Social Security's Motion for Summary Judgment [12] be DENIED and Plaintiff Brian Mitchell's Motion for Summary Judgment [8] be GRANTED in part and DENIED in part.  Neither party has filed any objection to the Report and Recommendation.

The Court having reviewed the record,  the Report and Recommendation [13] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Defendant's Defendant Commissioner of Social Security's Motion for Summary Judgment [12] be **DENIED** and Plaintiff Ann Klink's Motion for Summary Judgment [8] be **GRANTED in Part and DENIED in Part**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** for further proceedings in accordance with the Report and Recommendation [13].

**SO ORDERED**.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR U.S. DISTRICT JUDGE

Dated: March 7, 2014